# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>                  Plaintiff,<br><br>    v.<br><br>SEIKO EPSON CORPORATION and<br>EPSON AMERICA, INC.,<br>                  Defendants. | C.A. No. 1:12-cv-01269-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 29, 2013, the **Notice of Issuance of Subpoena** filed and served in the *Telecomm Innovations, LLC v. Hiro, Inc.* case (C.A. No. 12-1328-SLR), Docket Number 17, was served on behalf of Seiko Epson Corporation and Epson America, Inc. in C.A. No. 12-01269 as well.

Dated: April 29, 2013

**DLA PIPER LLP (US)**

  */s/ Aleine Porterfield*
Denise S. Kraft (DE No. 2778)
Aleine Porterfield (DE No. 5053)
Brian A. Biggs (DE No. 5591)
919 North Market St., Suite 1500
Wilmington, DE  19801
Telephone:  (302) 468-5700
Facsimile:   (302) 394-2341
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendants*
*Seiko Epson Corporation and*
*Epson America, Inc.*