# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civ. No. 12-1269-SLR |
| SEIKO EPSON CORP., *et al.*, | § § § | |
| Defendants. | § § § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Telecomm Innovations, LLC ("TI") against Defendants Seiko Epson Corp. and Epson America, Inc. ("Defendants") in the above-captioned action are hereby dismissed without prejudice, by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  January 17, 2014.                                  Respectfully submitted,

| */s/ Timothy Devlin* | */s/ Denise S. Kraft* |
|---|---|
| Timothy Devlin #4241 | Denise S. Kraft (DE No. 2778) |
| tdevlin@farneydaniels.com | Brian A. Biggs (DE No. 5591) |
| FARNEY DANIELS PC | **DLA PIPER LLP (US)** |
| 1220 Market Street, Suite 850 | 1201 North Market Street |
| Wilmington, DE 19801 | Suite 2100 |
| Telephone:  (302) 300-4626 | Wilmington, DE  19801-1147 |
| | Telephone: (302) 468-5700 |
| Stamatios Stamoulis #4606 | Facsimile:  (302) 394-2341 |
| stamoulis@swdelaw.com | denise.kraft@dlapiper.com |
| Richard C. Weinblatt #5080 | brian.biggs@dlapiper.com |
| weinblatt@swdelaw.com | |
| STAMOULIS & WEINBLATT LLC | |
| Two Fox Point Centre | Andrew V. Devkar (*Pro Hac Vice*) |
| 6 Denny Road, Suite 307 | Email: Andrew.Devkar@bingham.com |
| Wilmington, DE 19809 | Richard de Bodo (*Pro Hac Vice*) |
| Telephone:  (302) 999-1540 | Email: Rich.Debodo@bingham.com |
| | BINGHAM MCCUTCHEN LLP |
| *Attorneys for Plaintiff* | The Water Garden |
| *Telecomm Innovations LLC* | Suite 2050 North |
| | 1601 Cloverfield Blvd. |
| | Santa Monica, CA 90404-4082 |
| | |
| | *Attorneys for Defendants* |
| | *Seiko Epson Corp. and Epson America Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

>*/s/ Timothy Devlin*
>Timothy Devlin #4241